IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

    v.

REYES RAMOS, ET AL.,

    Defendants.
                                     /

No. C 10-5454 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

    Pursuant to Plaintiff's Request for Judicial Notice of Settlement and request to vacate all presently calendared deadlines and appearances, the Case Management Conference set for March 11, 2011 is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: March 11, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE