Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Reyes Ramos, et al.,<br><br>Defendants. | CASE NO. CV 10-5454 JSW<br>ORDER ON<br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS REYES RAMOS, individually and d/b/a AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a AGAVE GRILL & CANTINA |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants REYES RAMOS, individually and d/b/a AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a AGAVE GRILL & CANTINA that the above-entitled action is hereby dismissed **with prejudice** against REYES RAMOS, individually and d/b/a AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a AGAVE GRILL & CANTINA.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 10, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 3/11/2011

LAW OFFICES OF MATTHEW A. PARE
By: Matthew A. Pare
Attorneys for Defendants REYES RAMOS, individually and d/b/a AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a AGAVE GRILL & CANTINA

IT IS SO ORDERED:

_Jeffrey S White_
The Honorable Jeffrey S. White
United States District Court
Northern District of California

Dated: April 5, 2011

STIPULATION OF DISMISSAL
CV 10-5454 JSW
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 10, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS REYES RAMOS, individually and d/b/a AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a AGAVE GRILL & CANTINA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Matthew A. Pare, Esquire
LAW OFFICES OF MATTHEW A. PARE
333 H Street, Suite 5059
Chula Vista, CA 91910

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 10, 2011, at South Pasadena, California.

Dated: March 10, 2011

INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 10-5454 JSW
PAGE 3